United States District Court
Southern District of Texas
**ENTERED**
October 07, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK A. HOUSER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-01552 |
| | § | |
| LTD FINANCIAL SERVICES, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendants LTD Financial Services, L.P. ("LTD") filed a Motion to Dismiss. (Doc. No. 14). Plaintiff Mark A. Houser filed a response. (Doc. No. 17). LTD filed a reply. (Doc. No. 17). After reviewing Defendant's Motion and Plaintiff's Second Amended Complaint, the Court **GRANTS** Defendant's Motion to Dismiss and **DISMISSES WITHOUT PREJUDICE** Counts I.b. and I.c. of Plaintiff's Second Amended Complaint. Plaintiff is hereby given until October 19, 2019 to amend his Complaint to allege with specificity: (1) the debt owed; (2) to whom the debt was owed; (3) why he claims, if at all, that the debt was no longer collectible; and (4) what acts constituted violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., when they were made, and who made them.

Defendant will then have until October 31, 2019 to file a response thereto.

Signed this 7th day of October, 2019.

Andrew S. Hanen
United States District Judge