# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARK HOUSER,<br><br>　　　Plaintiff,<br>v.<br><br>LTD FINANCIAL SERVICES, L.P.,<br><br>　　　Defendant. | Case No. 4:19-cv-01552<br><br>Honorable Sam S. Sheldon |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARK HOUSER, and the Defendant, LTD FINANCIAL SERVICES, L.P., through their respective counsel that the above-captioned action is dismissed, with prejudice, against LTD FINANCIAL SERVICES, L.P., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 9, 2021　　　　　　　　　　　　　　Respectfully Submitted,

**MARK HOUSER**　　　　　　　　　　　　　　**LTD FINANCIAL SERVICES, L.P.**

*/s/ Nathan C. Volheim*　　　　　　　　　　　　*/s/ Sondra Jurica* (*with consent*)
Nathan C. Volheim (#6302103)　　　　　　　　Sondra Jurica (#24032486)
Federal ID. 3098183　　　　　　　　　　　　　*Counsel for Defendant*
*Counsel for Plaintiff*　　　　　　　　　　　　LTD Financial Services, L.P.
Sulaiman Law Group, LTD　　　　　　　　　　3200 Wilcrest, Suite 600
2500 S. Highland Avenue, Suite 200　　　　　　Houston, Texas 77074
Lombard, Illinois 60148　　　　　　　　　　　Phone: (713) 414-2100
Phone: (630) 575-8181　　　　　　　　　　　　Fax: (713) 414-2120
Fax: (630) 575-8188　　　　　　　　　　　　　sondra.jurica@ltdfin.com
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim